BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**MICHELLE HOLMAN KERIN, OSB #965278**
Michelle.Kerin@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:18-cr-00161-BR** |
| **v.** | **UNOPPOSED MOTION FOR PROTECTIVE ORDER PERTAINING TO DISCOVERY** |
| **NATHAN WHEELER,** | |
| **Defendant.** | |

The United States of America, by Billy J. Williams, United States Attorney for the

District of Oregon, through Michelle Holman Kerin, Assistant United States Attorney, hereby

moves this Court for a protective order pursuant to Rule 16(d)(1) of the Federal Rules of

Criminal Procedure, seeking to prevent the dissemination or misuse of discovery material

containing sensitive personal identity and financial information.  A proposed protective order is

filed herewith.

**Government's Motion For Protective Order**                    **Page 1**
Revised April 2018

The discovery material in this case includes highly sensitive information, including personal and financial information such as:  dates of birth, social security numbers, addresses, and phone numbers.  Due to the large volume of discovery material, and the frequency with which the sensitive information appears throughout the documents, redaction of all discovery is not a feasible option.

In light of the nature of the crimes charged, and the highly sensitive personal and financial information included in the discovery material, the government respectfully requests that the Court order that counsel of record not copy or disseminate, to anyone except members of the defense team and those persons employed by defense counsel who are necessary to assist counsel in preparation for trial or other proceedings, discovery material produced by the government which contains: (a) personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, professional license number, or family members' names ("Personal Information"); or (b) financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account balances, account statements, or taxpayer identification numbers ("Financial Information"), <u>unless defense counsel first redacts the Personal Information and Financial Information from the discovery material</u>.

Similar protective orders have been issued in the District of Oregon.  For example, in *United States v. Fisher*, 137 F.3d 1158, 1165 (9th Cir. 1998), the Ninth Circuit affirmed United States District Judge Malcolm F. Marsh's protective order which restricted a defendant's access

/ / /

**Unopposed Motion For Protective Order**                                                                 **Page 2**

to discovery material provided by the government in light of a risk that the defendant would misuse the information contained in the discovery material.

Assistant United States Attorney Michelle Holman Kerin has conferred with defendant's counsel and there is no objection to entry of a protective order in this case.

Dated this 11th day of May 2018.          Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

/s/ *Michelle Holman Kerin*
MICHELLE HOLMAN KERIN, OSB #965278
Assistant United States Attorney

**Unopposed Motion For Protective Order**                                          **Page 3**