| Summary of Embezzled Funds from C. Trust<br>April 2011 through June 2013 (Date of Account Closure)<br>Key Bank Account ending in 1370 | | | |
| --- | --- | --- | --- |
| **Date** | **Amount** | **Description of Charge** | **Agent Notes** |
| 8/1/2011 | $2,000.00 | Vertical Capital | Nathan Wheeler Company |
| 8/23/2011 | $202.50 | ATM Beaverton, OR | |
| 8/23/2011 | $56.00 | MVP Sports Bar, Portland, OR | |
| 8/24/2011 | $787.70 | The Paramount Hotel, Portland, OR | |
| 8/24/2011 | $300.00 | The Paramount Hotel, Portland, OR | |
| 8/29/2011 | $203.00 | ATM Withdrawal | |
| 8/29/2011 | $203.00 | ATM Withdrawal | |
| 8/30/2011 | $345.00 | The Benson Hotel | |
| 8/30/2011 | $202.50 | ATM Withdrawal | |
| 8/30/2011 | $175.00 | The Benson Hotel | |
| 9/1/2011 | $600.00 | Bridgeport Grill, Portland, OR (Stars Cabaret) | |
| 9/2/2011 | $203.00 | ATM Withdrawal | |
| 9/6/2011 | $700.00 | Bridgeport Grill, Portland, OR (Stars Cabaret) | |
| 9/6/2011 | $337.50 | The Benson Hotel | |
| 9/6/2011 | $303.00 | ATM Withdrawal | |
| 9/6/2011 | $119.50 | The Benson Hotel | |
| 9/9/2011 | $202.75 | ATM Withdrawal | |
| 9/16/2011 | $395.50 | The Benson Hotel | |
| 9/16/2011 | $36.00 | The Benson Hotel | |
| 11/8/2011 | $203.00 | ATM Withdrawal | |
| 11/8/2011 | $112.65 | Marcos Café | |
| 11/10/2011 | $283.47 | Amazon | |
| 11/10/2011 | $283.47 | Amazon | |
| 11/14/2011 | $467.88 | Avalon Hotel and Spa | |
| 11/16/2011 | $169.00 | Amazon | |
| 11/18/2011 | $1,042.90 | Amazon | |
| 12/16/2011 | $4,165.00 | Transfer to TWG Advisors | (N. Wheeler Acct 6880) |
| 12/19/2011 | $2,000.00 | Transfer to TWG Advisors | (N. Wheeler Acct 6880) |
| 12/21/2011 | $5,165.00 | Transfer to TWG Advisors | (N. Wheeler Acct 6880) |
| 12/22/2011 | $23,244.00 | Transfer to TWG Advisors | (N. Wheeler Acct 6880) |
| 12/22/2011 | $5,000.00 | Transfer to CW Holdings | (N. Wheeler Acct 7235) |
| 12/27/2011 | $2,500.00 | Beaverton Café (Star Cabaret) | |
| 12/27/2011 | $850.00 | Club Rouge | |
| 12/27/2011 | $10,000.00 | Transfer to TWG Advisors | (N. Wheeler Acct 6880) |
| 12/28/2011 | $737,502.16 | Wire Transfer Myers/Burnham | |
| 12/29/2011 | $1,300.00 | Beaverton Café (Star Cabaret) | |
| 1/11/2012 | | | $5,000 - Payment on Note/Shawna Coverdale |
| 1/12/2012 | $303.00 | ATM Withdrawal | |
| 1/13/2012 | $417.75 | Alaska Airlines | |
| 1/23/2012 | $5,000.00 | Transfer to TWG Advisors | |
| 1/26/2012 | $5,000.00 | Transfer to TWG Advisors | |
| 1/30/2012 | $5,000.00 | Withdrawal Oregon | |
| 1/31/2012 | $3,121.50 | New York New York, Las Vegas, NV | |
| 1/31/2012 | $5,000.00 | Transfer to TWG Advisors | |
| 2/2/2012 | ($10,000.00) | Transfer from TWG Advisors back into C Trust | |
| 2/21/2012 | ($60,000.00) | Transfer from TWG Advisors back into C Trust | |
| 2/23/2012 | | | $17,883.33 SC (Final Payment on Note) |
| 2/29/2012 | $27,665.00 | Transfer to Account 8779 MM/SM | ( Interest Payments to MM/SM) |
| 3/2/2012 | $8,000.00 | Transfer to TWG Advisors | |
| 3/9/2012 | $10,000.00 | | Transfer to Bridge City Advisors |
| 3/12/2012 | $749.08 | Lowes | |
| 3/12/2012 | $303.00 | AMT Withdrawal | |
| 3/19/2012 | $1,850.00 | Beaverton Café (Stars Cabaret Strip Club) | |
| 3/21/2012 | $4,000.00 | Transfer to TWG Advisors | |
| 3/26/2012 | $2,000.00 | Transfer to TWG Advisors | |
| 4/2/2012 | ($500.00) | Reimburse Trust from TWG Advisors | |

| | Summary of Embezzled Funds from C. Trust<br>April 2011 through June 2013 (Date of Account Closure)<br>Key Bank Account ending in 1370 | | | |
|---|---|---|---|---|
| **Date** | **Amount** | **Description of Charge** | **Agent Notes** | |
| 4/20/2012 | ($100,000.00) | Reimburse Trust from TWG Advisors | | |
| 4/25/2012 | $202.50 | ATM Cash Withdrawal | | |
| 4/26/2012 | $5,000.00 | Transfer to CW Holdings | | |
| 4/25/2012 | | | $10,000 - Bridge City Law (Legal) | |
| 5/1/2012 | $8,000.00 | Transfer to 1677 Avalanche Construction | | |
| 5/7/2012 | $5,000.00 | Transfer to 1677 Avalanche Construction | | |
| 5/9/2012 | $25,000.00 | Avalanche Construction | | |
| 5/16/2012 | $5,000.00 | Transfer to 1677 Avalanche Construction | | |
| 5/24/2012 | | | $10,000 - Missing Check | |
| 5/23/2012 | $10,000.00 | Transfer to Wheeler Holdings | | |
| 5/25/2012 | $3,111.99 | Hard Rock Hotel | | |
| 5/25/2012 | $3,111.99 | Hard Rock Hotel | | |
| 5/29/2012 | $3,111.99 | Hard Rock Hotel | | |
| 5/29/2012 | $2,083.99 | Hard Rock Hotel | | |
| | | | | |
| Total | $779,192.27 | | | |
| | | | | |
| 6/24/2012 | | | $3,315.90 - MD (HC's Refund) | |
| 7/2/2012 | $202.50 | ATM Withdrawal | | |
| 7/26/2012 | $1,000.00 | Transfer to TWG Advisors | | |
| 7/27/2012 | $204.95 | ATM Withdrawal | | |
| 8/2/2012 | $2,133.00 | Withdrawal from Branch | | |
| | | | | |
| Total | $782,732.72 | | | |