## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **No. 3:18-cr-00161-IM-1** |
| **Plaintiff,** | **ORDER GRANTING SUBSTITUTION OF COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A** |
| **v.** | |
| **NATHAN WHEELER,** | |
| **Defendant.** | |

IT IS ORDERED that CJA Panel attorney Terry Richard Kolkey is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as substitute counsel, relieving CJA Panel attorney David T. McDonald for Nathan Wheeler, effective October 30, 2019.

DATED this _4th_ day of November, 2019.

Honorable Karin J. Immergut
United States District Court Judge

Presented by:

Lisa C. Hay
Federal Public Defender