# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  3:18-cr-00161 IM |
| Plaintiff, ) | NOTICE OF APPEAL |
| vs. ) | |
| NATHAN WHEELER, ) | |
| Defendant. ) | |

Notice is hereby given that in the above-entitled case Nathan Wheeler appeals to the United States Court of Appeals for the Ninth Circuit from a final judgment entered in this action on October 25, 2019.

November 5, 2019

*Terry Kolkey*

_____
Terry Kolkey
CJA appointed counsel

1