DAVID T. MCDONALD
Sherlag De Muniz, LLP
OSB #862430
820 NW 12th Avenue, Suite 106
Portland, OR 97206
(503) 227-5200
david@sherlagdemuniz.com

Attorney for the Accused, NATHAN WHEELER

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO.    3:18-cr-161-IM |
| v. | |
| NATHAN WHEELER, | AMENDED ORDER ON MOTION TO DELAY SELF SURRENDER DATE |
| Accused. | |

The Court has reviewed the motion #__64___ and declaration filed by counsel for the accused, Mr. Nathan Wheeler.  The Court finds that  Mr. Wheeler is currently out of custody and has been designated to FCC Sheridan in Sheridan, Oregon and that the ends of justice are served by granting the unopposed Motion To Delay Self Surrender Date based upon the motion and declarations of counsel,   the consent of the government to the delay and current circumstances faced by the legal system by the Covid 19 virus.  No further continuances will be granted.  Defendant must strictly comply with all conditions of release.

IT IS THEREFORE ORDERED that the self surrender date of June 1, 2021 is vacated and the new date is: August 9, 2021.

Page 1 - AMENDED ORDER ON MOTION TO DELAY SELF SURRENDER DATE

It is further Ordered, the the Bureau of Prisons take all necessary steps possible to honor

the Court's recommendation that the current designation to FCC Sheridan be maintained.

DATED this 4th day of August, 2021.

_Karin J. Immergut_
United States District Judge

Presented by:

/sDavid T. McDonald
DAVID T. MCDONALD
OSB #862430
Attorney for Mr. Nathan Wheeler

Page 2 - AMENDED ORDER ON MOTION TO DELAY SELF SURRENDER DATE